IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                                  Chapter 13

Dean Marchese                                    Bankruptcy No. 15-18386

MOTION TO DISMISS VOLUNTARY PETITION

The Debtor, Dean Marchese, by and through his attorney, Arthur W. Boyce, Esquire, moves to dismiss this Chapter 13 case and respectfully represents:

1. Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on June 12, 2015.

2. This case has not been previously converted from another Chapter.

3. The Debtor wishes to dismiss this case, and Bankruptcy Code §1308(b) provides them the absolute right to do so.

WHEREFORE, the Debtor respectfully requests that this Court dismiss this Chapter 13 case.

Date: _August 4, 2015_            __/S/ Arthur W. Boyce_____
                                  Arthur W. Boyce, Esquire
                                  308 West Patrick Street
                                  Frederick, Maryland 21701
                                  (301) 663-4025
                                  Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2015 a copy of the foregoing was provided electronically through CM/ECF to the Timothy P. Branigan, Chapter 13 Trustee, PO Box 1902, Laurel, Maryland 20725-1902.

                                  __/s/ Arthur W. Boyce_____
                                  Arthur W. Boyce, Esquire