Entered: November 24, 2015
Signed:  November 24, 2015

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   15–18386 – WIL     Chapter:   13**

Dean Marchese
10017 Prestwich Terrace
Ijamsville, MD 21754

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.


cc:   Timothy P. Branigan
      14502 Greenview Drive
      Suite 506
      Laurel, MD 20708



**odsctr** – *yoliver*


**End of Order**