United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 15-18386-WIL
Dean Marchese                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0    User: yoliver    Page 1 of 1    Date Rcvd: Nov 24, 2015
                        Form ID: odsctr  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2015.
db            +Dean Marchese,    10017 Prestwich Terrace,    Ijamsville, MD 21754-9625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2015 at the address(es) listed below:
      Arthur Warren Boyce    info@fredericklegal.com, art@fredericklegal.com
      Hugh Justin Green    hgreen@atlanticlawgrp.com, PMagee@atlanticlawgrp.com
      Timothy P. Branigan    cmecf@chapter13maryland.com
                                                                                                   TOTAL: 3

Entered: November 24, 2015
Signed:  November 24, 2015

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   15–18386 – WIL     Chapter:   13

Dean Marchese
10017 Prestwich Terrace
Ijamsville, MD 21754

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

   It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

   ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Timothy P. Branigan
      14502 Greenview Drive
      Suite 506
      Laurel, MD 20708

**odsctr** – *yoliver*

**End of Order**